## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## DANVILLE DIVISION

| | |
|---|---|
| A. C. FURNITURE, INC., | |
| Plaintiff, | |
| v. | Civil Action File No. 4:14-cv-00029 |
| ARBY'S RESTAURANT GROUP, INC., | |
| Defendant. | |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

PLEASE TAKE NOTICE that plaintiff A.C. Furniture, Inc. and Defendant Arby's Restaurant Group, Inc., by their respective attorneys and under Fed. R. Civ. P. 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of the present action and state as follows:

1. A.C. Furniture, Inc. dismisses this Action against Arby's Restaurant Group, Inc. without prejudice.

2. Arby's Restaurant Group, Inc. has stipulated to A.C. Furniture, Inc.'s dismissal.

3. The parties agree that if this action, cause or causes of action or any claim arising out of the facts and circumstances described in Plaintiff's Complaint and/or Defendant's Answer is re-filed, the jurisdiction for any such re-filing shall be exclusively in the United States District Court for the Northern District of Georgia, and more specifically the Division of that court presiding in Atlanta, Georgia.

4. The parties are each to bear their own costs and fees.

WHEREFORE, the Parties respectfully request that this Court close this Action.

**IT IS SO STIPULATED.**

1

Dated: February 19, 2015

_s/ Michael A. Cole_
Michael A. Cole
VA. BAR NO. 70586
WOODS ROGERS PLC
341 Main Street, Suite 302
Danville, VA 24541
mcole@woodrogers.com

*Attorney for A.C. Furniture, Inc.*


_s/ Edward P. Bonapfel_
Edward P. Bonapfel
Georgia Bar No. 940698
Admitted Pro Hac Vice
E. Bowen Reichert Shoemaker
Georgia Bar No. 222443
Admitted Pro Hac Vice
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309
Telephone: (404) 881-4979
Fax: (404) 881-7777
ed.bonapfel@alston.com
bowen.shoemaker@alston.com

Phillip G. Gardner
VA. BAR NO. 12951
GARDNER, BARROW, SHARP &
PEARSON, P.C.
231 East Church Street, 4th Floor
Martinsville, Virginia 24112
Telephone: (276) 638-2455
Fax: (276) 638-2458
phil@ggbslawfirm.com

*Attorneys for Arby's Restaurant Group, Inc.*


**ATTESTATION:** the filer attests that concurrence in the filing of this document has been obtained from each signatory hereto.

2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**DANVILLE DIVISION**

A.C. FURNITURE, INC.,

      Plaintiff,

      v.

ARBY'S RESTAURANT GROUP, INC.,

      Defendant.

Civil Action File No. 4:14CV00029

## CERTIFICATE OF SERVICE

      I hereby certify that I have served a true and correct copy of the within and foregoing by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

EDWARD P. BONAPFEL
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309
ed.bonapfel@alston.com

This 19th day of February, 2015.

By:    /s/Michael A. Cole
          Michael A. Cole
          Va. Bar # 70586

3