CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

FEB 19 2015

JULIA C. DUDLEY, CLERK
BY: /s/
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| A.C. FURNITURE, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ARBY'S RESTAURANT GROUP, )<br>INC., )<br>)<br>Defendant. ) | Case No.: 4:14CV00029<br><br>**ORDER**<br><br>By: Hon. Jackson L. Kiser<br>Senior U. S. District Judge |

This case is before the Court on the parties' [29] Notice of Dismissal without Prejudice filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Pursuant to the terms of the Notice, it is **ORDERED** that this action is dismissed without prejudice and the clerk is directed to close the case.

ENTER: February 19, 2015

/s/ Jackson L. Kiser
Senior United States District Judge